UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ROBERT FARRELL,

Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, WEEKS MARINE, INC., AND KIEWIT CORPORATION,

Defendants.

---------------------------------------------------------------------X

26-CV-06698 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On **August 10, 2026**, Defendant Kiewit Corporation ("Defendant") was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 11. To date, Defendant has failed to appear in this action. No later than **September 25, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 18, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge